Continental Illinois National Bank and Trust Company of Chicago, appellant, v. Walter C. Hieber et al., appellees. Gen. No. 37,871.

Opinion filed May 4, 1937.

Dunbar & Rich, Kirby H. Wells and Montgomery J. Atkinson, for appellant. Milton G. Manasse, for appellees.

Mr. Justice Friend delivered the opinion of the court.

Mary E. Walton, appellant, v. Charles H. Langer et al., appellees. Gen. No. 38,234.

Opinion filed
May 4, 1937.

Stevens, Carrier & Griffith and Allan J. Carter for appellant. Defrees, Buckingham, Jones & Hoffman and Brown, Fox & Blumberg, for appellees; Charles LeRoy Brown and Don Kenneth Jones, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Fannie Watson, appellant, v. Metropolitan Life Insurance Company, appellee. Gen. No. 39,046.

Opinion filed May 4, 1937.

David J. Maddox, for appellant. Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and William S. Allen, of counsel.

Mr. Justice Friend delivered the opinion of the court.